IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PIONEER OIL AND GAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | **MEMORANDUM DECISION AND ORDER DENYING THE MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**<br><br>Case No. 2:14-cv-00064<br><br>Judge Clark Waddoups |

　　　　This matter came before the court on the Government's motion to enforce an alleged settlement agreement between the parties. (Dkt. No. 23). The court held a hearing on the motion on March 15, 2016. Reid Lambert appeared on behalf of Pioneer Oil and Gas and Aaron Bailey and Landon Yost appeared on behalf of the Government. After careful consideration of the parties' filings, oral arguments, record evidence, relevant authority, and otherwise being fully advised, the court hereby **DENIES** the Government's motion (Dkt. No. 23) for the reasons stated on the record. The case will proceed to trial set for July 18, 2016.

　　　　DATED this 15th day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge